**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-01591 |
| | § | |
| DOMINIC FIORDIROSA | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/15/2013. The undersigned trustee was appointed on 01/15/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                     $40,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $2,000.00 |
    | Bank service fees | $122.12 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $37,877.88 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was 05/28/2013 and the deadline for filing government claims was 07/15/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,750.00, for a total compensation of $4,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $130.50, for total expenses of $130.50.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/29/2013                By:   /s/ David E. Grochocinski
                                      Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 13-01591-DRC | Trustee Name: | David E. Grochocinski |
| Case Name: | FIORDIROSA, DOMINIC | Date Filed (f) or Converted (c): | 01/15/2013 (f) |
| For the Period Ending: | 11/6/2013 | §341(a) Meeting Date: | 02/22/2013 |
| | | Claims Bar Date: | 05/28/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 550 Main St. Apt. 220, West Chicago, IL | $70,000.00 | $0.00 | | $0.00 | FA |
| 2 | 520 Main St., Apt. 311, West Chicago, IL | $75,000.00 | $0.00 | | $0.00 | FA |
| 3 | 520 Main St., Apt. 212, West Chicago, IL | $75,000.00 | $75,000.00 | | $0.00 | FA |
| 4 | 956 Bluff City Blvd., Elgin, IL 60120 | $280,000.00 | $0.00 | | $0.00 | FA |
| 5 | 288 Woodside Drive, West Chicago, IL | $280,000.00 | $0.00 | | $40,000.00 | FA |
| 6 | TCF Bank checking | $200.00 | $200.00 | | $0.00 | FA |
| 7 | BMO Harris Bank checking | $76.63 | $0.00 | | $0.00 | FA |
| 8 | household goods and furnishings Location: 288 Woodside Drive, West Chicago IL 60120 | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 9 | book, pictures, compact discs Location: 288 Woodside Drive, West Chicago IL 60120 | $125.00 | $125.00 | | $0.00 | FA |
| 10 | clothing Location: 288 Woodside Drive, West Chicago IL 60120 | $300.00 | $0.00 | | $0.00 | FA |
| 11 | gold crucifix | $500.00 | $500.00 | | $0.00 | FA |
| 12 | Operating Engineers Pension Fund | $185,000.00 | $0.00 | | $0.00 | FA |
| 13 | Dominic Fiordirosa Const. Co. Inc. (in bankruptcy, case no. 12-43531) | $0.00 | $0.00 | | $0.00 | FA |
| 14 | DFCC Leasing Inc. | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Vintage Leasing, LLC | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     $967,201.63     $76,825.00     $40,000.00     **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**
Sold debtor's interest in residence to spouse for $40,000.
Order entered, awaiting proceeds
Tax returns pending

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit A

| Case No.: | 13-01591-DRC | Trustee Name: | David E. Grochocinski |
| Case Name: | FIORDIROSA, DOMINIC | Date Filed (f) or Converted (c): | 01/15/2013 (f) |
| For the Period Ending: | 11/6/2013 | §341(a) Meeting Date: | 02/22/2013 |
| | | Claims Bar Date: | 05/28/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):    06/30/2014    Current Projected Date Of Final Report (TFR):    12/31/2014    /s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

Page No: 1    Exhibit B

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 13-01591-DRC | Trustee Name: | David E. Grochocinski |
| Case Name: | FIORDIROSA, DOMINIC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9916 | Checking Acct #: | ******9101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/15/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/6/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2013 | (5) | Mary T. Fiordirosa | | 1110-000 | $40,000.00 | | $40,000.00 |
| 08/27/2013 | 3001 | Kim Wirtz | Order entered 6/07/2013 for 5% of funds from sale for services rendered as broker | 3510-000 | | $2,000.00 | $38,000.00 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $66.63 | $37,933.37 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $55.49 | $37,877.88 |
| | | | TOTALS: | | $40,000.00 | $2,122.12 | $37,877.88 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $40,000.00 | $2,122.12 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $40,000.00 | $2,122.12 | |

For the period of 1/15/2013 to 11/6/2013

| Total Compensable Receipts: | $40,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,122.12 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,122.12 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 07/31/2013 to 11/6/2013

| Total Compensable Receipts: | $40,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,122.12 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,122.12 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2        Exhibit B

| Case No. | 13-01591-DRC | Trustee Name: | David E. Grochocinski |
| Case Name: | FIORDIROSA, DOMINIC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9916 | Checking Acct #: | ******9101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/15/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/6/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $40,000.00 | $2,122.12 | $37,877.88 |

For the period of 1/15/2013 to 11/6/2013

| Total Compensable Receipts: | $40,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,122.12 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,122.12 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the case between 01/15/2013 to 11/6/2013

| Total Compensable Receipts: | $40,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,122.12 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,122.12 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

CLAIM ANALYSIS REPORT                                                                   Page No: 1          Exhibit C

Case No.: 13-01591-DRC                                                        Trustee Name: David E. Grochocinski
Case Name: FIORDIROSA, DOMINIC                                                Date: 11/6/2013
Claims Bar Date: 05/28/2013

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID E. GROCHOCINSKI 1900 Ravinia Place Orland Park IL 60462 | 08/27/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $4,750.00 | $4,750.00 | $0.00 | $0.00 | $0.00 | $4,750.00 |
| | DAVID E. GROCHOCINSKI 1900 Ravinia Place Orland Park IL 60462 | 08/27/2013 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $130.50 | $130.50 | $0.00 | $0.00 | $0.00 | $130.50 |
| | SCOTT HOREWITCH PIDGEON & ABRAMS, LLC 2150 E Lake Cook Road Suite 560 Buffalo Grove IL 60089 | 10/22/2013 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $2,053.00 | $2,053.00 | $2,053.00 | $0.00 | $0.00 | $0.00 | $2,053.00 |
| | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 10/22/2013 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $43.11 | $43.11 | $43.11 | $0.00 | $0.00 | $0.00 | $43.11 |
| | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 10/22/2013 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $3,112.50 | $3,112.50 | $3,112.50 | $0.00 | $0.00 | $0.00 | $3,112.50 |
| 8 | UNION NATIONAL BANK Crowley Barrett & Karaba C/O Jeffrey S Burns 20 S Clark Suite 2310 Chicago IL 60603 | 05/28/2013 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Withdrawn | 4110-000 | $0.00 | $892,489.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

CLAIM ANALYSIS REPORT

Page No: 2  Exhibit C

| Case No. | 13-01591-DRC | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | FIORDIROSA, DOMINIC | | | | | | | Trustee Name: | David E. Grochocinski | | | |
| Claims Bar Date: | 05/28/2013 | | | | | | | Date: | 11/6/2013 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>District Director<br>Pob 7346<br>Philadelphia PA 19101 | 03/05/2013 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $42,264.11 | $42,264.11 | $0.00 | $0.00 | $0.00 | $42,264.11 |
| 3 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 60664-0338 | 03/08/2013 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $24,656.87 | $24,656.87 | $0.00 | $0.00 | $0.00 | $24,656.87 |

Claim Notes: (3-1) IL Withholding Income Tax as Responsible Officer for Dominic Fiordirosa Construction Co

| 4 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 60664-0338 | 05/02/2013 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $14,980.88 | $14,980.88 | $0.00 | $0.00 | $0.00 | $14,980.88 |

Claim Notes: (4-1) IL Withholding Income Tax as Responsible Officer for Dominic Fiordirosa Construction Co

| 1 | CRUSH-CRETE INC<br>c/o B.A.M. P.C.<br>1010 Jorie Blvd., Ste. 370<br>Oak Brook IL 60523 | 02/25/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $25,349.77 | $25,349.77 | $0.00 | $0.00 | $0.00 | $25,349.77 |

Claim Notes: (1-1) Personal Guaranty for material supplied to debtor&#039;s company

| 2a | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>District Director<br>Pob 7346<br>Philadelphia PA 19101 | 03/05/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $527.04 | $527.04 | $0.00 | $0.00 | $0.00 | $527.04 |
| 3a | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 60664-0338 | 03/08/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,274.40 | $3,274.40 | $0.00 | $0.00 | $0.00 | $3,274.40 |

Claim Notes: (3-1) IL Withholding Income Tax as Responsible Officer for Dominic Fiordirosa Construction Co

CLAIM ANALYSIS REPORT

Page No: 3     Exhibit C

| Case No. | 13-01591-DRC | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | FIORDIROSA, DOMINIC | | | | | | | Trustee Name: | David E. Grochocinski | | | |
| Claims Bar Date: | 05/28/2013 | | | | | | | Date: | 11/6/2013 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4a | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago IL 60664-0338 | 05/02/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,060.03 | $2,060.03 | $0.00 | $0.00 | $0.00 | $2,060.03 |
| Claim Notes: | (4-1) IL Withholding Income Tax as Responsible Officer for Dominic Fiordirosa Construction Co | | | | | | | | | | | |
| 5 | AMERICAN EXPRESS CENTURION BANK c o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | 05/08/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,162.71 | $6,162.71 | $0.00 | $0.00 | $0.00 | $6,162.71 |
| Claim Notes: | (5-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 6 | ILLINOIS BELL TELEPHONE COMPANY &#037; AT&T Services, Inc Karen Cavagnaro, Paralegal One AT&T Way, Room 3A231 Bedminster NJ 07921 | 05/18/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $318.13 | $318.13 | $0.00 | $0.00 | $0.00 | $318.13 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC successor to CAPITAL ONE, NATIONAL Assc HSBC Bank Nevada N A PRA Receviables Management LLC Norfolk VA 23541 | 05/28/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $567.04 | $567.04 | $0.00 | $0.00 | $0.00 | $567.04 |
| | | | | | | $1,022,739.57 | $130,250.09 | $0.00 | $0.00 | $0.00 | $130,250.09 |

CLAIM ANALYSIS REPORT    Page No: 4    Exhibit C

| | |
|---|---|
| Case No. | 13-01591-DRC |
| Case Name: | FIORDIROSA, DOMINIC |
| Claims Bar Date: | 05/28/2013 |
| Trustee Name: | David E. Grochocinski |
| Date: | 11/6/2013 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $2,053.00 | $2,053.00 | $0.00 | $0.00 | $0.00 | $2,053.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $43.11 | $43.11 | $0.00 | $0.00 | $0.00 | $43.11 |
| Attorney for Trustee Fees (Trustee Firm) | $3,112.50 | $3,112.50 | $0.00 | $0.00 | $0.00 | $3,112.50 |
| Claims of Governmental Units | $81,901.86 | $81,901.86 | $0.00 | $0.00 | $0.00 | $81,901.86 |
| General Unsecured § 726(a)(2) | $38,259.12 | $38,259.12 | $0.00 | $0.00 | $0.00 | $38,259.12 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $892,489.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $4,750.00 | $4,750.00 | $0.00 | $0.00 | $0.00 | $4,750.00 |
| Trustee Expenses | $130.50 | $130.50 | $0.00 | $0.00 | $0.00 | $130.50 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       13-01591
Case Name:      DOMINIC FIORDIROSA
Trustee Name:   David E. Grochocinski

Balance on hand:    $37,877.88

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:    $0.00
Remaining balance:    $37,877.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| David E. Grochocinski, Trustee Fees | $4,750.00 | $0.00 | $4,750.00 |
| David E. Grochocinski, Trustee Expenses | $130.50 | $0.00 | $130.50 |
| InnovaLaw, PC, Attorney for Trustee Fees | $3,112.50 | $0.00 | $3,112.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $43.11 | $0.00 | $43.11 |
| Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $2,053.00 | $0.00 | $2,053.00 |

Total to be paid for chapter 7 administrative expenses:    $10,089.11
Remaining balance:    $27,788.77

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:    $27,788.77

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $81,901.86 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. | Interim | Proposed |
| --- | --- | --- | --- | --- |

|   |   | of Claim | Payments to Date | Payment |
|---|---|---|---|---|
| 2 | Department of the Treasury | $42,264.11 | $0.00 | $14,339.93 |
| 3 | Illinois Department of Revenue | $24,656.87 | $0.00 | $8,365.92 |
| 4 | Illinois Department of Revenue | $14,980.88 | $0.00 | $5,082.92 |

Total to be paid to priority claims: $27,788.77
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $38,259.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Crush-Crete Inc. | $25,349.77 | $0.00 | $0.00 |
| 2a | Department of the Treasury | $527.04 | $0.00 | $0.00 |
| 3a | Illinois Department of Revenue | $3,274.40 | $0.00 | $0.00 |
| 4a | Illinois Department of Revenue | $2,060.03 | $0.00 | $0.00 |
| 5 | American Express Centurion Bank | $6,162.71 | $0.00 | $0.00 |
| 6 | Illinois Bell Telephone Company | $318.13 | $0.00 | $0.00 |
| 7 | Portfolio Recovery Associates, LLC | $567.04 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

UST Form 101-7-TFR (5/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |