**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-01591 |
| | § | |
| DOMINIC FIORDIROSA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30A.M. on December 13, 2013 in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   11/06/2013            By:   /s/ David E. Grochocinski
                                            (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  §    Case No. 13-01591
                                        §
DOMINIC FIORDIROSA                      §
                                        §
                                        §
             Debtor(s)                  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                    $40,000.00
*and approved disbursements of*                          $2,122.12
*leaving a balance on hand of[1]:*                      $37,877.88

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:                      $0.00
Remaining balance:                                     $37,877.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $4,750.00 | $0.00 | $4,750.00 |
| David E. Grochocinski, Trustee Expenses | $130.50 | $0.00 | $130.50 |
| InnovaLaw, PC, Attorney for Trustee Fees | $3,112.50 | $0.00 | $3,112.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $43.11 | $0.00 | $43.11 |
| Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $2,053.00 | $0.00 | $2,053.00 |

Total to be paid for chapter 7 administrative expenses:   $10,089.11
Remaining balance:                                        $27,788.77

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $27,788.77 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $81,901.86 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Department of the Treasury | $42,264.11 | $0.00 | $14,339.93 |
| 3 | Illinois Department of Revenue | $24,656.87 | $0.00 | $8,365.92 |
| 4 | Illinois Department of Revenue | $14,980.88 | $0.00 | $5,082.92 |

|  | Total to be paid to priority claims: | $27,788.77 |
|---|---|---|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $38,259.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Crush-Crete Inc. | $25,349.77 | $0.00 | $0.00 |
| 2a | Department of the Treasury | $527.04 | $0.00 | $0.00 |
| 3a | Illinois Department of Revenue | $3,274.40 | $0.00 | $0.00 |
| 4a | Illinois Department of Revenue | $2,060.03 | $0.00 | $0.00 |
| 5 | American Express Centurion Bank | $6,162.71 | $0.00 | $0.00 |
| 6 | Illinois Bell Telephone Company | $318.13 | $0.00 | $0.00 |
| 7 | Portfolio Recovery Associates, LLC | $567.04 | $0.00 | $0.00 |

|  | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David E. Grochocinski
                    Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 13-01591-DRC
Dominic Fiordirosa                                                      Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0752-1          User: mflowers                Page 1 of 2                   Date Rcvd: Nov 07, 2013
                              Form ID: pdf006               Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2013.
db            +Dominic Fiordirosa,    288 Woodside Drive,    West Chicago, IL 60185-5041
19920831      +1st Horizon Mortgage,    P.O. Box 650783,    Dallas, TX 75265-0783
20456145       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19920832      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
19920833      +Bank Of America, N.A.,    201 N Tryon St,    Charlotte, NC 28202-1331
19920834      +Bluff City Materials, Inc.,    2252 Southwind Blvd.,    Bartlett, IL 60103-1304
19920835      +Cap One,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
19920836      +Cenlar FSB,    c/o Pierce & Assoc.,    1 N Dearborn,    Chicago, IL 60602-4373
19920837      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19920838      +Concrete Specialties,    1375 Gifford Road,    Elgin, IL 60120-7306
19920839      +Crush-Crete Inc.,    c/o B.A.M. P.C.,    1010 Jorie Blvd., Ste. 370,   Oak Brook, IL 60523-4467
19920841     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,      Bankruptcy Section Level 7-425,
                100 W. Randolph,    Chicago, IL 60601)
19920840      +Ill. Dept. of Employment Security,    Collections Section,    33 S State St 10th Flr,
                Chicago, IL 60603-2808
20144219       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
19920843      +Internal Revenue Service,    District Counsel,    200 W Adams St., Suite 2300,
                Chicago, IL 60606-5231
19920844      +James Marcello,    Illinois Department of Revenue,    200 S Wyman St., #306,
                Rockford, IL 61101-1237
19920845      +Jeffrey S. Burns,    Crowley Barrett & Karaba Ltd.,    20 S. Clark St., Ste. 2310,
                Chicago, IL 60603-1806
19920846      +K-Five Construction Corp.,    13769 Main St.,    Lemont, IL 60439-9371
19920847      +Laborers Pension Fund,    c/o Allison, Slutsky & Kennedy PC,    230 W Monroe St., Ste. 2600,
                Chicago, IL 60606-4969
19920848       Laraia & Laraia PC,    1761 S Naperville Road, Ste. 203,    Wheaton, IL 60189-5846
20175341      +Laraia and Laraia PC,    Arthur W. Rummler Law office,    799 Roosevelt Road suite 2-104,
                Glen Ellyn,IL 60137-5919
19920849      +Mb Fin Svcs,    36455 Corporate Dr,    Farmington Hills, MI 48331-3552
19920850      +Melinda Hensel,    IUOE Local 150,    6140 Joliet Road,    Countryside, IL 60525-3956
19920851      +Midwest Operating Engineers Welfare,    Dale D. Pierson,    6140 Joliet Road,
                Countryside, IL 60525-3956
19920852      +Petroliance LLC,    c/o Teller Levit Silvertrust PC,    19 S LaSalle St., Ste. 701,
                Chicago, IL 60603-1431
19920853      +Plote Construction Inc.,    1100 Brandt Drive,    Hoffman Estates, IL 60192-1676
20529796       Portfolio Recovery Associates, LLC,    successor to CAPITAL ONE, NATIONAL Assc,
                HSBC Bank Nevada N A PRA Receivables,    Management LLC,    PO Box 41067   Norfolk, VA 23541
19920854      +Prarie Material,    7601 West 79th Street,    Bridgeview, IL 60455-1115
19920855      +Rathje Woodward LLC,    300 E Roosevelt Rd., Ste. 300,    Wheaton, IL 60187-1908
19920856      +Smith Specialized Hauling,    197 Harvestore Drive,    DeKalb, IL 60115-8733
19920857      +St. Paul Fire & Marine Ins. Co.,    c/o Maisel & Assoc.,    161 N. Clark St., Ste. 800,
                Chicago, IL 60601-2469
19920858      +Thelen Materials,    28957 West Ill Route 173,    Antioch, IL 60002-9115
19920860      +US Small Business Administration,    Illinois District Office,    500 W Madison St., Ste. 1250,
                Chicago, IL 60661-4552
19920859      +Union National Bank,    Crowley Barrett & Karaba,    C/O Jeffrey S Burns,    20 S Clark Suite 2310,
                Chicago,IL 60603-1806
19920861     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,   Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19920842       E-mail/Text: cio.bncmail@irs.gov Nov 08 2013 01:01:31      Department of the Treasury,
                Internal Revenue Service,    District Director,    Pob 7346,   Philadelphia, PA 19101-7346
20499076      +E-mail/Text: g17768@att.com Nov 08 2013 01:01:12      Illinois Bell Telephone Company,
                % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A231,
                Bedminster, NJ 07921-2693
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20161933*     +Laraia & Laraia, PC,   1761 S. Naperville Rd.,   Suite 203,   Wheaton, IL 60189-5846
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: mflowers              Page 2 of 2                  Date Rcvd: Nov 07, 2013
                              Form ID: pdf006             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2013                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2013 at the address(es) listed below:
              Arthur W Rummler    on behalf of Creditor    Laraia & Laraia, PC arthur.rummler@gmail.com,
               artrummler@juno.com
              David E Grochocinski     on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David E Grochocinski     dgrochocinski@innovalaw.com,   deg@trustesolutions.net
              David E Grochocinski     on behalf of Accountant Alan   Horewitch dgrochocinski@innovalaw.com,
               deg@trustesolutions.net
              David S Adduce    on behalf of Creditor     BANK OF AMERICA, N.A. dadduce@komdr.com
              Jeffrey S. Burns    on behalf of Creditor    UNION NATIONAL BANK jburns@cbklaw.com
              Jonathan D. Golding    on behalf of Debtor Dominic    Fiordirosa jgolding@goldinglaw.net
              Kenneth M Mastny     on behalf of Creditor    CRUSH CRETE INC ken.mastny@gmail.com,
               berglundniew@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Yanick  Polycarpe    on behalf of Creditor    HOMESTEPS ASSET SERVICES ypolycarpe@atty-pierce.com,
               northerndistrict@atty-pierce.com
                                                                                             TOTAL: 10
```