**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-01591 |
| | § | |
| DOMINIC FIORDIROSA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $501,901.63 | Assets Exempt: | $200,300.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $27,788.77 | Claims Discharged Without Payment: | $92,372.21 |
| Total Expenses of Administration: | $12,211.23 | | |

3) Total gross receipts of $40,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $40,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $892,489.48 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $12,211.23 | $12,211.23 | $12,211.23 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $81,901.86 | $81,901.86 | $27,788.77 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $38,259.12 | $38,259.12 | $0.00 |
| **Total Disbursements** | $0.00 | $1,024,861.69 | $132,372.21 | $40,000.00 |

    4). This case was originally filed under chapter 7 on 01/15/2013. The case was pending for 14 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/20/2014              By:  /s/ David E. Grochocinski
                                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 288 Woodside Drive, West Chicago, IL | 1110-000 | $40,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$40,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Union National Bank | 4110-000 | $0.00 | $892,489.48 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$892,489.48** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $4,750.00 | $4,750.00 | $4,750.00 |
| David E. Grochocinski, Trustee | 2200-000 | NA | $130.50 | $130.50 | $130.50 |
| Green Bank | 2600-000 | NA | $122.12 | $122.12 | $122.12 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $3,112.50 | $3,112.50 | $3,112.50 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $43.11 | $43.11 | $43.11 |
| Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee | 3410-000 | NA | $2,053.00 | $2,053.00 | $2,053.00 |
| Kim Wirtz, Realtor for Trustee | 3510-000 | NA | $2,000.00 | $2,000.00 | $2,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$12,211.23** | **$12,211.23** | **$12,211.23** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Department of the Treasury | 5800-000 | $0.00 | $42,264.11 | $42,264.11 | $14,339.93 |
| 3 | Illinois Department of Revenue | 5800-000 | $0.00 | $24,656.87 | $24,656.87 | $8,365.92 |
| 4 | Illinois Department of Revenue | 5800-000 | $0.00 | $14,980.88 | $14,980.88 | $5,082.92 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $81,901.86 | $81,901.86 | $27,788.77 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Crush-Crete Inc. | 7100-000 | $0.00 | $25,349.77 | $25,349.77 | $0.00 |
| 2a | Department of the Treasury | 7100-000 | $0.00 | $527.04 | $527.04 | $0.00 |
| 3a | Illinois Department of Revenue | 7100-000 | $0.00 | $3,274.40 | $3,274.40 | $0.00 |
| 4a | Illinois Department of Revenue | 7100-000 | $0.00 | $2,060.03 | $2,060.03 | $0.00 |
| 5 | American Express Centurion Bank | 7100-000 | $0.00 | $6,162.71 | $6,162.71 | $0.00 |
| 6 | Illinois Bell Telephone Company | 7100-000 | $0.00 | $318.13 | $318.13 | $0.00 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $567.04 | $567.04 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $38,259.12 | $38,259.12 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 13-01591-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | FIORDIROSA, DOMINIC | Date Filed (f) or Converted (c): | 01/15/2013 (f) |
| For the Period Ending: | 3/20/2014 | §341(a) Meeting Date: | 02/22/2013 |
| | | Claims Bar Date: | 05/28/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 550 Main St. Apt. 220, West Chicago, IL | $70,000.00 | $0.00 | | $0.00 | FA |
| 2 | 520 Main St., Apt. 311, West Chicago, IL | $75,000.00 | $0.00 | | $0.00 | FA |
| 3 | 520 Main St., Apt. 212, West Chicago, IL | $75,000.00 | $75,000.00 | | $0.00 | FA |
| 4 | 956 Bluff City Blvd., Elgin, IL 60120 | $280,000.00 | $0.00 | | $0.00 | FA |
| 5 | 288 Woodside Drive, West Chicago, IL | $280,000.00 | $0.00 | | $40,000.00 | FA |
| 6 | TCF Bank checking | $200.00 | $200.00 | | $0.00 | FA |
| 7 | BMO Harris Bank checking | $76.63 | $0.00 | | $0.00 | FA |
| 8 | household goods and furnishings Location: 288 Woodside Drive, West Chicago IL 60120 | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 9 | book, pictures, compact discs Location: 288 Woodside Drive, West Chicago IL 60120 | $125.00 | $125.00 | | $0.00 | FA |
| 10 | clothing Location: 288 Woodside Drive, West Chicago IL 60120 | $300.00 | $0.00 | | $0.00 | FA |
| 11 | gold crucifix | $500.00 | $500.00 | | $0.00 | FA |
| 12 | Operating Engineers Pension Fund | $185,000.00 | $0.00 | | $0.00 | FA |
| 13 | Dominic Fiordirosa Const. Co. Inc. (in bankruptcy, case no. 12-43531) | $0.00 | $0.00 | | $0.00 | FA |
| 14 | DFCC Leasing Inc. | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Vintage Leasing, LLC | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                **Gross Value of Remaining Assets**

$967,201.63         $76,825.00                          $40,000.00                          $0.00

**Major Activities affecting case closing:**

Sold debtor's interest in residence to spouse for $40,000.

Order entered, awaiting proceeds

Tax returns pending

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2          Exhibit 8

| **Case No.:** | 13-01591-DRC | | | **Trustee Name:** | David E. Grochocinski |
|---|---|---|---|---|---|
| **Case Name:** | FIORDIROSA, DOMINIC | | | **Date Filed (f) or Converted (c):** | 01/15/2013 (f) |
| **For the Period Ending:** | 3/20/2014 | | | **§341(a) Meeting Date:** | 02/22/2013 |
| | | | | **Claims Bar Date:** | 05/28/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Final hearing 12/13/2013
Distribution completed. 12/15/2013
Waiting for checks to clear/ 3/15/2014

**Initial Projected Date Of Final Report (TFR):** 06/30/2014   **Current Projected Date Of Final Report (TFR):** 12/31/2014   /s/ DAVID E. GROCHOCINSKI
                                                                                                                     DAVID E. GROCHOCINSKI

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-01591-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | FIORDIROSA, DOMINIC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9916 | Checking Acct #: | ******9101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/15/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/20/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2013 | (5) | Mary T. Fiordirosa | estates interest in real property known as 288 Woodside, West Chicago, Sold to Mary Fiordirosa (non-filing spouse) per court order 6/7/13 | 1110-000 | $40,000.00 | | $40,000.00 |
| 08/27/2013 | 3001 | Kim Wirtz | Order entered 6/07/2013 for 5% of funds from sale for services rendered as broker | 3510-000 | | $2,000.00 | $38,000.00 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $66.63 | $37,933.37 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $55.49 | $37,877.88 |
| 12/15/2013 | 3002 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $4,750.00 | $33,127.88 |
| 12/15/2013 | 3003 | David E. Grochocinski | Trustee Expenses | 2200-000 | | $130.50 | $32,997.38 |
| 12/15/2013 | 3004 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $3,112.50 | $29,884.88 |
| 12/15/2013 | 3005 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $43.11 | $29,841.77 |
| 12/15/2013 | 3006 | Scott Horewitch Pidgeon & Abrams, LLC | Distribution on Claim #: ; | 3410-000 | | $2,053.00 | $27,788.77 |
| 12/15/2013 | 3007 | Department of the Treasury | Distribution on Claim #: 2; | 5800-000 | | $14,339.93 | $13,448.84 |
| 12/15/2013 | 3008 | Illinois Department of Revenue | Distribution on Claim #: 3; | 5800-000 | | $8,365.92 | $5,082.92 |
| 12/15/2013 | 3009 | Illinois Department of Revenue | Distribution on Claim #: 4; | 5800-000 | | $5,082.92 | $0.00 |

**SUBTOTALS** $40,000.00 $40,000.00

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 13-01591-DRC | | | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- | --- | --- |
| Case Name: | FIORDIROSA, DOMINIC | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9916 | | | Checking Acct #: | ******9101 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/15/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/20/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $40,000.00 | $40,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $40,000.00 | $40,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $40,000.00 | $40,000.00 | |

**For the period of 1/15/2013 to 3/20/2014**

| | |
| --- | --- |
| Total Compensable Receipts: | $40,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $40,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $40,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/31/2013 to 3/20/2014**

| | |
| --- | --- |
| Total Compensable Receipts: | $40,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $40,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $40,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-01591-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | FIORDIROSA, DOMINIC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9916 | Checking Acct #: | ******9101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/15/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/20/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $40,000.00 | $40,000.00 | $0.00 |

**For the period of 1/15/2013 to 3/20/2014**

| | |
|---|---|
| Total Compensable Receipts: | $40,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $40,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $40,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/15/2013 to 3/20/2014**

| | |
|---|---|
| Total Compensable Receipts: | $40,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $40,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $40,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |